| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

ATTIDA MALO, §
 §
    Plaintiff, §
 §
versus § CIVIL ACTION NO. 1:13-CV-570
 §
CAROLYN W. COLVIN, §
COMMISSIONER OF SOCIAL §
SECURITY ADMINISTRATION, §
 §
    Defendant. §

# MEMORANDUM OPINION ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The court ordered that this matter be referred to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this court. The court has received and considered the Report of the United States Magistrate Judge pursuant to such order, along with the record and pleadings. No objections to the Report of the United States Magistrate Judge were filed by the parties.

Accordingly, the findings of fact and conclusions of law of the United States Magistrate Judge are correct, and the Report of the United States Magistrate Judge is **ADOPTED**. A Final Judgment will be entered separately, affirming the decision of the Commissioner and dismissing this action for want of prosecution.

**Signed this date.**
Jun 3, 2014

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE